IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER J. KOST, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07-2404 |
| | : | |
| v. | : | |
| | : | |
| DEP'T OF PUBLIC WELFARE, | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| ESTELLE B. RICHMAN, Sec'y, | : | |
| in her official capacity, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 15th day of December, 2011, it is hereby ORDERED that Defendants' Motion for Summary Judgment (Dkt. No. 40) is DENIED as to Count I and GRANTED as to Count II of the Third Amended Complaint. It is further ORDERED that a telephone status conference call shall take place on January 10, 2012 at 10:30 a.m., to be initiated by Plaintiff's counsel.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II      J.